Sunita Bali, Bar No. 274108
sbali@perkinscoie.com
Elliott J. Joh, Bar No. 264927
ejoh@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel: 415.344.7000
Fax: 415.344.7050

William M. Gantz (pro hac vice)
BGantz@duanemorris.com
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone: (857) 488-4234
Facsimile: (857) 401-3026

[additional attorneys listed below signature]
Attorneys for Defendant
FLIFF, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOY NESSIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLIFF, INC.,<br><br>Defendant. | Case No. 5:23-CV-1048-SSS (SHKx)<br><br>**DEFENDANT FLIFF, INC'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Date: September 1, 2023<br>Time: 2:00 p.m.<br>Ctrm: 2, 2nd Floor<br>Judge: Hon. Sunshine S. Sykes |

# NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on September 1, 2023, at 2:00 p.m. or as soon thereafter as counsel may be heard, before the Honorable Sunshine S. Sykes in Courtroom 2 of the United States Courthouse located at 3470 Twelfth Street, Riverside, California, defendant Fliff, Inc. ("Fliff") will and hereby does move the Court to compel arbitration of Plaintiff's claims on an individual basis and to dismiss the Complaint and all claims therein.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 27, 2023. As described in the parties' July 28, 2023 Stipulation (Dkt. 33), the meet-and-confer conference was originally timely scheduled to occur on July 26, 2023, but due to the last-minute unavailability of Plaintiff's counsel, the conference was rescheduled to the following morning. The conference took place telephonically at 12:30 p.m. PST and lasted for 20 minutes, and the following counsel were in attendance: Abou B. Amara, Jr. for Plaintiff; Elliott J. Joh, Courtney Baird, and William Gantz for Defendant.

During the meet-and-confer, the parties discussed Defendant's position that the dispute was subject to arbitration and class action waiver provisions incorporated within the Sweepstakes Rules and Terms of Use in effect when Plaintiff registered his account in December 2022. The parties also discussed Defendant's position that the Complaint failed to allege any basis for the Court to exercise either general or specific jurisdiction of over Defendant. Defendant also advised of its position that Plaintiff's claims suffered from numerous other substantive and technical deficiencies which it intended to address under FRCP 12(b)(6).

The parties were unable to resolve any of the issues discussed, but agreed that it would conserve the efforts and resources of the Court and the parties to determine and resolve the threshold issues of whether the matter was subject to

1  arbitration prior to turning to the adjudication of the substantive arguments of the
2  parties concerning whether the Court possessed general or specific jurisdiction over
3  the Defendant and the viability of the Plaintiff's claims as pleaded.  The parties
4  filed a stipulation to that effect (Dkt. No. 33), which the Court granted (Dkt. No.
5  35).
6      This motion is based on this Notice of Motion and Motion, the Memorandum
7  of Points and Authorities filed herewith, the Declaration of Matt Ricci and all
8  exhibits attached thereto, the pleadings and papers on file, and upon such other
9  matters as may be presented to the Court at the time of the hearing.

DATED:  August 2, 2023      **PERKINS COIE LLP**

By: */s/ Elliott J. Joh*
    Elliott J. Joh

Sunita Bali, (SBN 274108)
SBali@perkinscoie.com
Elliott J. Joh, (SBN 264927)
ejoh@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel:  415.344.7000
Fax:  415.344.7050

William M. Gantz (pro hac vice application pending)
BGantz@duanemorris.com
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone: (857) 488-4234
Facsimile: (857) 401-3026

Courtney L. Baird (SBN 234410)
CLBaird@duanemorris.com
Gina M. Foran (SBN 311005)
GMForan@duanemorris.com

| | |
|---|---|
| 1 | DUANE MORRIS LLP |
| 2 | 865 South Figueroa Street, Suite 3100 |
| 3 | Los Angeles, CA 90017-5450 |
|   | Telephone: (213) 689-7400 |
| 4 | Fascimile: (213) 689-7401 |
| 5 | Attorneys for Defendant |
| 6 | FLIFF, INC. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |