Sunita Bali, (SBN 274108)
SBali@perkinscoie.com
Elliott J. Joh, (SBN 264927)
EJoh@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

William M. Gantz (*pro hac vice* application pending)
BGantz@duanemorris.com
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone: (857) 488-4234
Facsimile: (857) 401-3026

Courtney L. Baird (SBN 234410)
CLBaird@duanemorris.com
Gina M. Foran (SBN 311005)
GMForan@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Fascimile: (213) 689-7401

Attorneys for Defendant,
FLIFF, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

BISHOY NESSIM, individually and on behalf of all other similarly situated,

Plaintiff,

v.

FLIFF, INC.,

Defendant.

Case No. 5-23-cv-01048-SSS-SHK

**DECLARATION OF MATT RICCI IN SUPPORT OF DEFENDANT FLIFF, INC.'S MOTION TO COMPEL ARBITRATION**

Date: September 1, 2023
Time: 2:00 p.m.
Ctrm: 2, 2nd Floor
Judge: Hon. Sunshine S. Sykes

I, Matt Ricci, declare and state as follows:

1. I am the co-founder and Chief Executive Officer of Fliff, Inc. ("Fliff"), the defendant in this action. I make this declaration based upon my personal knowledge and, if called as a witness, could and would testify competently to the matters stated herein.

2. I have reviewed the Complaint filed in this matter. Under the applicable Terms of Use and Sweepstakes Rules, claims of Fliff and its users, at all pertinent times, arising from or related to the games on the Fliff application or participation in promotional sweepstakes are subject to arbitration before the American Arbitration Association.

3. Plaintiff Bishoy Nessim created a user account on Fliff's application on December 26, 2022.

4. In order to use Fliff's application and services on December 26, 2022, Mr. Nessim, and all users, were required by the programming and operation of the Fliff application to first create a user account on Fliff's application.

5. As part of the account creation and registration process, Mr. Nessim was required to accept and agree to Fliff's Terms of Use and Sweepstakes Rules, which is accomplished by navigating to Fliff's account creation page and clicking a checkbox next to the statement: "I accept the Terms of Use and Sweepstakes Rules of Fliff Inc." Within the statement, both "Terms of Use" and "Sweepstakes Rules" prominently emphasize hyperlinks. Before clicking the checkbox indicating acceptance, Mr. Nessim and all users could review the Terms of Use and Sweepstakes Rules by clicking on hyperlinks contained on the Fliff account creation page.

6. Mr. Nessim (and all other users) could not have accessed Fliff's application, made any purchase on the application, or otherwise use any of Fliff's services unless Nessim (and all other users) first confirmed their acceptance of the Fliff Terms of Use and Sweepstakes Rules in accordance with the process described above.

7. In order to do so, Nessim navigated to Fliff's account creation page and clicked a checkbox next to the statement: "I accept the Terms of Use and Sweepstakes Rules of Fliff Inc." This is the same process which must be completed by all users.

8. It is clear from the allegations of the Complaint that Mr. Nessim made purchases of Fliff Coins via the application and also participated in the sweepstakes after December 26, 2022. That Mr. Nessim accepted the Terms of Use and Sweepstakes rules, purchased Fliff Coins and participated in sweepstakes games after December 26, 2022 is also demonstrated by the records of his account activity.

9. Attached hereto as **Exhibit A** is a true and correct copy of Fliff's Terms of Use to which Nessim agreed when he created a Fliff user account.

10. Attached hereto as **Exhibit B** is a true and correct copy of Fliff's Sweepstakes Rules to which Nessim agreed when he created a Fliff user account.

11. Attached hereto as **Exhibit C** is a true and correct screenshot of the Fliff account creation page that Nessim navigated to in order to create his Fliff user account. As shown in the screenshot, "Terms of Use" and "Sweepstakes Rules" appear in blue font and are hyperlinked to those respective documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 2nd day of August 2023 in Austin, Texas.

By: ______________________
Matt Ricci

# EXHIBIT A

# Terms of Use

These Terms of Use apply to you, and are binding on you, if you choose to Participate.

You must read these Terms of Use in their entirety before checking the box for acceptance. By accepting these Terms of Use during the registration process you confirm that you have read and agree to be bound by these Terms of Use, which include and are linked to our Sweepstakes Rules, Privacy Policy, and other game-specific or promotion-specific terms relevant to your Participation.

If you do not agree with any provision of these Terms of Use or any other linked policy, rules or terms you must not check the box for acceptance and you must not use the Service.

Whether or not you agree with the provisions of these Terms of Use, if you use the Service, including, but not limited to, initiating or making a purchase of Fliff Coins through the Service or submitting your personal details to us, you are bound by these Terms of Use.

ONLY PLAYERS IN THE STATES OF THE UNITED STATES OF AMERICA (EXCLUDING ALABAMA, GEORGIA, IDAHO, MINNESOTA, MISSISSIPPI, NEVADA, SOUTH CAROLINA, AND WASHINGTON) ARE ELIGIBLE TO REDEEM PRIZES. SUBJECT TO THESE TERMS OF USE AND THE SWEEPSTAKES RULES. PLAYERS IN OTHER JURISDICTIONS MAY PLAY THE GAMES BUT ARE NOT ABLE TO REDEEM PRIZES. YOU CAN REQUEST REDEMPTION OF ANY PRIZES BY SELECTING THE "WITHDRAW" BUTTON ON THE PLATFORM. PRIZES SHALL BE PAID TO YOUR VERIFIED FINANCIAL ACCOUNT OR ONLINE WALLET, ACCESSIBLE THROUGH THE WALLET ON THE PLATFORM. SEE SWEEPSTAKES RULES FOR FULL DETAILS.

**1. DEFINITIONS**

Content means text, graphics, user interfaces, visual interfaces, photographs, trademarks, logos, sounds, music, artwork, computer code and other material used, displayed or available as part of the Games and Platform.

Customer Account means an account held by a Registered Customer.

Fliff Cash means sweepstakes entries subject to the Sweepstakes Rules. We may give you Fliff Cash free of charge when you sign up to the Platform, as a bonus when you purchase Fliff Coins or via free alternative methods of entry as set out in the Sweepstakes Rules. You may win more Fliff Cash when you play Sweepstakes Games. YOU CANNOT PURCHASE Fliff Cash.

Fliff Coin means the virtual social gaming currency which enables you to play the Fliff Coin Games. Fliff Coins have no monetary value and cannot under any circumstance be exchanged for cash or prizes of monetary value. The only monetary value that can be derived from the use of Fliff Coins is in the form of loyalty points.

Fliff Coin Game means any game or mode played with Fliff Coin currency. We may give you Fliff Coins free of charge when you sign up to a Platform and thereafter at regular intervals when you log in to the Platform. You may win more Fliff Coins when you play the Fliff Coin Games and you may purchase more Fliff Coins on the Platform. Fliff Coin Games are social games and you cannot win monetary prizes when you play Fliff Coin Games.

Fraudulent Conduct means any of the conduct described in Section 6.1.

Game means any one or more Fliff Coin Game(s) or Sweepstakes Game(s) available on the Platform. We reserve the right to add and remove Games from the Platform at our sole discretion.

Inactive Account means a Customer Account which has not recorded any log in or log out for a period exceeding 12 consecutive months.

Participate means any of the conduct described in Section 1, including playing any Games or using our Platform in any manner whatsoever.

Platform means a mobile application, or technology belonging to, or licensed to, Fliff, Inc.

Player or you means any person who Participates.

Prizes means prizes won playing Sweepstakes Games with Fliff Cash which are redeemable under the Sweepstakes Rules.

Service means the availability and provision of the Games and the Platform that enable you to Participate.

Stake means the amount of Fliff Coins or Fliff Cash used in a Game.

Sweepstakes Rules means the Sweepstakes Rules available on the Platform.

Sweepstakes Game means any game played with Fliff Cash.

Terms of Use means these terms of use, as amended from time to time.

Third Party Websites means a third party website not controlled by us.

Wallet means the section of the Platform that displays Player balances.

We, or our means Fliff Inc of 100 S. Broad Street Ste 30, Philadelphia, PA 19110-9997.

Website means the website located at www.getliff.com, any other related sites operated by us and all subdomains, subpages and successor sites thereof.

XP means the loyalty credits earned by participating in Fliff Coin games. The ways in which XP can be earned will be displayed at all times on the Platform. XP can be redeemed for cash at the Player's discretion, at the rates displayed on the Platform.

**2. YOUR PARTICIPATION**

Restrictions

2.1 You hereby declare and warrant that:

2.1. (a) you are over 18 years of age or such higher minimum legal age of majority as stipulated in the jurisdiction of your residence and are, under the laws applicable to you, allowed to participate in the Games offered on the Platform;

2.1. (b) you participate in the Games for recreational and entertainment purposes only

2.1. (c) you participate in the Games on your own behalf and not on the behalf of any other person;

2.1. (d) all information that you provide to us during the term of validity of these Terms of Use is true, complete and correct, and you will immediately notify us of any change to such information;

2.1. (e) money that you use to purchase Fliff Coins is not tainted with any illegality and, in particular, does not originate from any illegal activity or source, or from ill-gotten means;

2.1. (f) you will not be involved in any fraudulent, collusive, fixing or other unlawful activity in relation to your or third parties' participation in any of the Games and you will not use any software-assisted methods or techniques (including but not limited to bots designed to play automatically) or hardware devices for your participation in any of the Games. We reserve the right to invalidate any participation in the event of such behavior; and

2.1. (g) in relation to the purchase of Fliff Coins, you must only use a valid payment method (or credit card, where applicable) which belongs to you.

2.2. It is a Player's responsibility to ensure that their Participation is lawful in their jurisdiction. Any person who is knowingly in breach of this clause, including any attempt to circumvent this restriction, for example, by using a VPN, proxy or similar service that masks or manipulates the identification of your real location, or by otherwise providing false or misleading information about your location or place of residence, or by Participating through a third party or on behalf of a third party located in a jurisdiction where it is unlawful to Participate, is in breach of these Terms of Use. You may be committing fraud and may be subject to criminal prosecution.

**Eligible Players**

2.3. Employees and former employees (less than 3 years since cessation of employment) of Fliff Inc, any of its respective affiliates, advertising agencies, or any other company or individual involved with the design, production, execution or distribution of the Games and their immediate family (spouse, parents,, siblings and children, whether the relationship is by birth, marriage or adoption) and household members (people who share the same residence at least 3 months of the year) are not eligible to Participate.

**Acceptance**

2.4. By accepting these Terms of Use you agree that your Participation is at your sole option, discretion and risk. You will have no claims whatsoever against Fliff Inc or any of its partners, or respective directors, officers or employees in relation to any losses you incur.

**3. YOUR CUSTOMER ACCOUNT**

**Single Account**

3.1. You are allowed to have only one Customer Account on the Platform. If you attempt to open more than one Customer Account, all accounts you have opened or try to open may be cancelled or suspended and the consequences described in Section 13.3 may be enforced.

3.2. You must notify us immediately if you notice that you have more than one registered Customer Account on any one Platform.

**Accuracy**

3.3. You are required to keep your registration details up to date at all times. If you change your address, email, phone number or any other contact or personal information contact support@getfliff.com in order to update your details. The name that you provide to us at registration must be identical to that listed on your government issued identification.

**Password**

3.4. As part of the registration process, you will have to choose a password to login into the Platform, unless you login to your Customer Account using the Apple®, Facebook®, Google ®, or Twitter ® login facility in which case your password on those platforms will apply. It is your sole and exclusive responsibility to ensure that your login details are kept securely. You must not disclose your login details to anyone. We are not responsible for any abuse or misuse of your Customer Account by third parties due to your disclosure of your login details to any third party, whether such disclosure is intentional or accidental, active or passive. If your password is lost or stolen, or if there is unauthorized use of your account, contact us immediately at support@getfliff.com

**Account Transfers**

3.5. You are not allowed to transfer Fliff Coins or Fliff Cash between Customer Accounts, or from your Customer Account to other players, or to receive Fliff Coins or Fliff Cash from other Customer Accounts into your Customer Account, or to transfer, sell and/or acquire Customer Accounts.

**Inactive Customer Accounts**
3.6. We reserve the right to deactivate your Customer Account if it is deemed to be an Inactive Account.

**Closing of Customer Accounts**
3.7. If you wish to close your Customer Account you may do so at any time by selecting the "Contact Us" link on the Platform and submitting a request to close your Customer Account. The effective closure of the Customer Account will correspond with the termination of the Terms of Use.

3.8. You will be able to open your Customer Account again by sending a request to the Customer Support team. All requests for the re-opening of an account will be evaluated by our Customer Support and Compliance teams, which shall abide by strict customer protection guidelines.

Discretion to Refuse or Close Accounts
3.9. We reserve the right to refuse or close a Customer Account in our sole discretion but any contractual obligations already made by us will be honored accordingly.

**4. GAMES**
**Rules**
4.1. Games offered on the Platform may have their own rules which are available on each Platform. It is your responsibility to read the rules of a Game before playing. You must familiarize yourself with the applicable terms of play and read the relevant rules before playing any Game.

**Fliff Coin Purchases and Refund Policy**
4.2. You can purchase additional Fliff Coins in the "Cashier" section of the Platform by providing billing authorization through the the in-app purchase payment facility of the operating system on your device (e.g. Apple or Google) or via another third party provider.

4.3. The price of the Fliff Coins will be the price indicated on the order page. When your purchase is complete, we may send you a confirmation email with your order details. Please check that the details in the confirmation message are correct and keep a copy for your records.

4.4. (a) For Fliff Coins purchases made on the website Fliff accepts all major debit and credit cards. Payments will appear on your statement as FLIFF. All payments are final. No refunds will be issued. In the event of a dispute regarding the identity of the person submitting an entry, the entry will be deemed submitted by the person in whose name the account was registered.

4.4. (b) If you purchase Fliff Coins through the in-app purchase facility in the mobile app, your purchase will be governed by the payment terms and conditions of the provider of the facility (Apple or Google). Please, review the provider's terms of service for additional information.

You can contact support@getfliff.com for questions concerning refunds of purchases made through Apple or Google, or the other available payment providers in the Platform.

**Fliff Coin and Fliff Cash Balances**
4.5. You may participate in any Game only if you have sufficient Fliff Coins or Fliff Cash (as applicable) as shown in your Wallet on the Platform. We will not extend you any credit whatsoever for the purchase of Fliff Coins or otherwise.

4.6. We may assign minimum or maximum Fliff Coin purchases as specified and offered on the Platform.

4.7. The purchase of Fliff Coins is the purchase of a product that allows you to Participate in Fliff Coin Games and is not the deposit of funds which can be withdrawn. Funds used to purchase Fliff Coins will not, and cannot, be refunded to you. Fliff Coins do not have any real money value.

4.8. Fliff Coins or Fliff Cash that have been submitted for play and accepted cannot be changed, withdrawn or cancelled and the Fliff Coins or Fliff Cash (whichever applicable) will be drawn from your Fliff Coin or Fliff Cash balance instantly.

4.9. If you are found to have one or more of your purchases returned and/or reversed or charged back, your account will be suspended. If this occurs, any purchases and winnings will be deemed void and requests to redeem Fliff Cash for Prizes will not be allowed.

4.10. In accordance with the Sweepstakes Rules:

4.10. (a) unless we require otherwise in accordance with Section 4.11(b), any Fliff Cash allocated to you is only required to be played once before it is eligible to be redeemed as a Prize; and

4.10. (b) we may, in our sole discretion, require that any Fliff Cash allocated to you be played a greater number of times in any combination of Sweepstakes Games before it is able to be redeemed as a Prize.

**Void Games**
4.11. We reserve the right to declare Participation in any Game void, partially or in full, if, in our sole discretion, we deem it obvious that there was an error, mistake, misprint or technical error on the pay-table, win-table, minimum or maximum stakes, odds or software.

**Final Decision**
4.12. In the event of a discrepancy between the result showing on a Game or Platform and Fliff Inc or its affiliate's server software, the result showing on Fliff or its affiliate's server software will be the official and governing result.

**5. PROMOTIONS**

5.1. All promotions, including Sweepstakes Games, contests, special offers and bonuses are subject to these Terms of Use, the Sweepstakes Rules and to additional terms that may be published at the time of the promotion.

5.2. In the event and to the extent of any conflict between these Terms of Use and any promotion-specific terms and conditions, the promotion-specific terms and conditions will prevail.

5.3. Fliff Inc reserves the right to withdraw or modify such promotions without prior notice to you.

5.4. If, in the reasonable opinion of Fliff Inc, we form the view that a Registered Customer is abusing any promotion, to derive any advantage or gain for themselves or other Registered Customers, including by way of Fraudulent Conduct, we may, at our sole discretion, withhold, deny or cancel any advantage, bonus or Prize as we see fit.

5.5. Without limiting Section 5.4, you confirm that you grant Fliff Inc an irrevocable, perpetual, worldwide, non-exclusive, royalty-free licence to use in whatever way we see fit, and without further acknowledgement of you as the author, any Content you post or publish as part of a promotion, contest or competition.

**6. FRAUDULENT CONDUCT**
6.1. You will not, directly or indirectly:

6.1. (a) hack into any part of the Games or Platform through password mining, phishing, or any other means;

6.1. (b) attempt to modify, reverse engineer, or reverse-assemble any part of the Games or Platform;

6.1. (c) knowingly introduce viruses, Trojans, worms, logic bombs, spyware, malware, or other similar material;

6.1. (d) circumvent the structure, presentation or navigational function of any Game so as to obtain information that Fliff Inc has chosen not to make publicly available on the Platform;

6.1. (e) engage in any form of cheating or collusion;

6.1. (f) use the Services and the systems of Fliff Inc to facilitate any type of illegal money transfer (including money laundering proceeds of crime); or

6.1. (g) participate in or take advantage of, or encourage others to participate in or take advantage of schemes, organizations, agreements, or groups designed to share:

6.1. (g) (i) special offers or packages emailed to a specific set of players and redeemable by URL; or

6.1. (g) (ii) identification documents (including, but not limited to, photographs, bills and lease documents) for the purpose of misleading Fliff Inc as to a Player's identity.

6.2. You must not use the Platform for any unlawful or fraudulent activity or prohibited transaction (including Fraudulent Conduct) under the laws of any jurisdiction that applies to you. We monitor all transactions in order to prevent money laundering.

6.3. If Fliff Inc suspects that you may be engaging in, or have engaged in fraudulent, unlawful or improper activity, including money laundering activities or any conduct which violates these Terms of Use, your access to the Services will be deactivated immediately and your Customer Account may be suspended. If your Customer Account is deactivated or suspended under such circumstances, Fliff Inc is under no obligation to reverse any Fliff Coin purchases you have made or to redeem any Fliff Cash or Prizes that may be in your Customer Account. In addition, Fliff Inc may pass any necessary information on to the relevant authorities, other online service providers, banks, credit card companies, electronic payment providers or other financial institutions. You will cooperate fully with any Fliff Inc investigation into such activity.

6.4. If you suspect any unlawful or fraudulent activity or prohibited transaction by another Player, please notify us immediately via the means of communication listed in the Customer Complaints procedure (described in Section 11).

**7. INTELLECTUAL PROPERTY**

7.1. The computer software, the computer graphics, the Platform and the user interface that we make available to you is owned by, or licensed to, Fliff Inc or its associates and protected by copyright laws. You may only use the software for your own personal, recreational uses in accordance with all rules, terms of use we have established (including these Terms of Use and the Sweepstakes Rules) and in accordance with all applicable laws, rules and regulations.

7.2. You acknowledge that Fliff Inc is the proprietor or authorized licensee of all intellectual property in relation to any Content.

7.3. Your use of the Games and Platform does not provide you with any intellectual property rights in the Content, Games or Platform.

7.4. You grant us, and represent and warrant that you have the right to grant us, an irrevocable, perpetual, worldwide, non-exclusive, royalty-free license to use in whatever way we see fit, any information, images, videos, comments, messages, music or profiles you publish or upload to any website or social media page controlled and operated by Fliff Inc.

7.5. You must not reproduce or modify the Content in any way, including by removing any copyright or trademark notice.

7.6. All trademarks and logos displayed in the Games and Platform are the property of their respective owners and are protected by applicable trademark and copyright laws.

**8. DISRUPTIONS AND CHANGE**

**No warranties**

8.1. The Service is provided on an "as is" basis and to the fullest extent permitted by law, we make no warranty or representation, whether express or implied, in relation to the satisfactory quality, fitness for purpose, completeness or accuracy of the Services.

**Malfunctions**

8.2. Fliff Inc is not liable for any downtime, server disruptions, lagging, or any technical or political disturbance to the Game play, nor attempts by you to Participate by methods, means or ways not intended by us.

8.3. Fliff Inc accepts no liability for any damages or losses which are deemed or alleged to have arisen out of or in connection with any Platform or its content including, without limitation, delays or interruptions in operation or transmission, loss or corruption of data, communication or lines failure, any person's misuse of a Platform or its content or any errors or omissions in content.

8.4. In the event of a Platform system malfunction all Game play on that Platform is void.

8.5. In the event a Game is started but fails to conclude because of a failure of the system, Fliff Inc will reinstate the amount of Fliff Coins or Fliff Cash played (whichever applicable) in the Game to you by crediting it to your Customer Account. Fliff Inc reserves the right to alter Player balances and account details to correct such mistakes.

8.6. Fliff Inc reserves the right to remove any part of the Games from the Platform at any time. Any part of the Games that indicate incorrect behavior affecting Prize redemption, game data, Fliff Coin balances, Fliff Cash balances or other balances, that may be due to misconfiguration or a bug, will be cancelled and removed from the Platform. Player balances and account details may be altered in such cases in order to correct any mistake.

**Change**

8.7. Fliff Inc reserves the right to suspend, modify, remove or add content to its application or Games at its sole discretion with immediate effect and without notice to you. We will not be liable to you for any loss suffered as a result of any changes made or for any modification or suspension of or discontinuance of the application or Games and you will have no claims against Fliff Inc in such regard.

**Service Suspension**

8.8. We may temporarily suspend the whole or any part of the Service for any reason at our sole discretion. We may, but will not be obliged to, give you as much notice as is reasonably

practicable of such suspension. We will restore the Service, as soon as is reasonably practicable, after such temporary suspension.

**9. VIRUSES**

9.1. Although we take all reasonable measures to ensure that the Platform and Games are free from computer viruses we cannot and do not guarantee that the Platform and Games are free of such problems. It is your responsibility to protect your systems and have in place the ability to reinstall any data or programs lost due to a virus.

**10. PRIVACY POLICY**

10.1. Fliff Inc is committed to protecting and respecting your privacy. Fliff Inc complies with all applicable data protection and privacy laws.

10.2. Our Privacy Policy is inseparably linked to these Terms of Use and its acceptance is a prerequisite to Customer Account registration.

10.3. You hereby consent to receive marketing communications from Fliff Inc in respect of its offerings by way of email, post, SMS and telephone notifications, any of which you may unsubscribe from at any time by contacting support@getfliff.com

**11. COMPLAINTS AND CUSTOMER SUPPORT**

11.1. If you would like to contact our Customer Support department or have a complaint regarding our Services, you may contact us by selecting the “Contact Us” link on the Platform and filling in the form or by emailing

11.2. Customer complaints/claims of any nature must be submitted within 3 months of the issue occurring.

11.3. TO PROTECT YOUR PRIVACY, ALL EMAIL COMMUNICATIONS BETWEEN YOU AND FLIFF INC SHOULD BE CARRIED OUT USING THE EMAIL ADDRESS THAT YOU HAVE REGISTERED AGAINST YOUR CUSTOMER ACCOUNT HELD WITH FLIFF INC. FAILURE TO DO SO MAY RESULT IN OUR RESPONSE BEING DELAYED.

11.4. The following information must be included in any written communication with Fliff Inc (including a complaint):

11.4. (a) your username;

11.4. (b) your first and last name, as registered on your Customer Account;

11.4. (c) a detailed explanation of the complaint/claim; and

11.4. (d) any specific dates and times associated with the complaint/claim (if applicable).

11.5. Failure to submit a written communication with the information outlined above may result in a delay in our ability to identify and respond to your complaint/claim in a timely manner. Upon receipt, we will endeavor to reply to your communication within 48 hours. Further, best efforts will be made to resolve any complaint/claim promptly and, at a maximum, within 10 days. If for some reason you are not satisfied with the resolution of your complaint/claim, you may pursue alternative dispute resolution.

**12. ALTERNATIVE DISPUTE RESOLUTION**

12.1. If, at the conclusion of the process described in Section 11, you are not satisfied with the resolution of your complaint by the relevant member of Fliff Inc in the first instance, you may pursue alternative dispute resolution. All disputes shall be governed by, and construed in accordance with, the laws of the State of Pennsylvania, without giving effect to any choice of law or conflict of law rules (whether of the State of Pennsylvania or any other jurisdiction), which would cause the application of the laws of any jurisdiction other than the State of Pennsylvania.

**13. DEACTIVATION / LIMITATION / SUSPENSION OF ACCOUNT**

13.1. Fliff Inc hereby reserves the right to deactivate, limit, or suspend your Customer Account for any reason whatsoever at any time without notifying you.

13.2. Without limiting Section 13.1, we hereby reserve the right, at our sole discretion, to deactivate or suspend your Customer Account (notwithstanding any other provision contained in these Terms of Use) where we have reason to believe that you have engaged or are likely to engage in any of the following activities:

13.2. (a) you breached, or assisted another party to breach, any provision of these Terms of Use or the Sweepstakes Rules, or we have a reasonable ground to suspect such breach;

13.2. (b) you have more than one Customer Account on any Platform;

13.2. (c) the name registered on your Customer Account does not match the name on the financial/bank account and/or the credit/debit card(s) used to make purchases on the said Customer Account;

13.2. (d) your communication with us consists of harassment or offensive behavior or comments, including (but not limited to) threatening, derogatory, abusive or defamatory statements or remarks, or obscene, offensive or explicit language that may include the use of profanities;

13.2. (e) your Customer Account is deemed to be an Inactive Account;

13.2. (f) you become bankrupt;

13.2. (g) you provide incorrect or misleading information while registering or verifying a Customer Account including, but not limited to, name, state of residence, date of birth and/or any other identity details;

13.2. (h) your identity cannot be verified;

13.2. (i) you attempt to use your Customer Account through a VPN, proxy or similar service that masks or manipulates the identification of your real location, or by otherwise providing false or misleading information regarding your citizenship, location or place of residence, or by playing Games using the website through a third party or on behalf of a third party;

13.2. (j) you are not over 18 years of age;

13.2. (k) you are located in a jurisdiction where Participation is illegal;

13.2. (l) you have allowed or permitted (whether intentionally or unintentionally) someone else to Participate using your Customer Account;

13.2. (m) you have played in tandem with other Player(s) as part of a club, group, etc., or played the Games in a coordinated manner with other Player(s) involving the same (or materially the same) selections;

13.2. (n) where Fliff Inc has received a “charge back”, claim or dispute and/or a “return” notification via a payment mechanism used on your financial/bank account or online wallet;

13.2. (o) you have failed our due diligence procedures, or are found to be colluding, cheating, money laundering or undertaking any kind of fraudulent activity; or

13.2. (p) it is determined by Fliff Inc that you have employed or made use of any system (including, but not limited to, machines, computers, software or other automated systems such as bots) designed specifically to gain an unfair advantage.

13.3. If Fliff Inc deactivates or suspends your Customer Account for any of the reasons referred to in Section 13.2 above, you will be liable for any and all claims, losses, liabilities, damages, costs and expenses incurred or suffered by Fliff Inc (together “Claims” ) arising therefrom and you will indemnify and hold Fliff Inc harmless on demand for such Claims.

13.4. If we have reasonable grounds to believe that you have participated in any of the activities set out in Section 13.2 above then we reserve the right to withhold all or part of the balance and/or recover from your Customer Account any Prizes or virtual funds that are attributable to any of the activities contemplated in Section 13.2. In such circumstances, your details may be passed on to any applicable regulatory authority, regulatory body or any other relevant external third parties.

13.5. If your Customer Account is confirmed to have been deactivated due to fraudulent or illegal activity by you, the redeemed value of any Prizes credited to your Customer Account will be forfeited.

13.6. Fliff is a platform for recreational use only. If your Customer Account is determined, in our best judgment, to be professional or non-recreational, we reserve the right to limit your ability to play.

13.7. The rights set out in this Section 13 are without prejudice to any other rights that we may have against you under these Terms of Use or otherwise.

**14. INDEMNITY AND LIMITATION OF LIABILITY**

**Indemnity**

14.1. YOU HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS US, OUR DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS, AGENTS AND AFFILIATES, OUR ULTIMATE PARENT AND PARENT COMPANIES AND ANY OF OUR OR THEIR SUBSIDIARIES AGAINST ANY AND ALL COSTS, EXPENSES, LIABILITIES AND DAMAGES (WHETHER DIRECT, INDIRECT, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE OR OTHER) ARISING FROM ANY PARTICIPATION BY YOU, INCLUDING WITHOUT LIMITATION:

14.1. (a) VISITING, USE OR RE-USE OF THE PLATFORM;

14.1. (b) USE OR RE-USE OF THE PLATFORM BY MEANS OF TELECOMMUNICATION SERVICES;

14.1. (c) RE-USE OF ANY MATERIALS AT, OR OBTAINED FROM, THE PLATFORM OR ANY OTHER SOURCE WHATSOEVER;

14.1. (d) ENTRY TO, OR USE OR RE-USE OF THE PLATFORM SERVERS;

14.1. (e) FACILITATING OR MAKING A PAYMENT INTO YOUR CUSTOMER ACCOUNT;

14.1. (f) PLAYING THE GAMES THROUGH ANY DELIVERY MECHANISM OFFERED; AND

14.1. (g) ACCEPTANCE AND USE OF ANY PRIZE.

**Limitation of Liability**

14.2. TO THE MAXIMUM EXTENT PERMITTED BY LAW, IN NO EVENT WILL THE TOTAL LIABILITY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS, AGENTS AND AFFILIATES, OUR ULTIMATE PARENT AND PARENT COMPANIES AND ANY OF OUR OR THEIR SUBSIDIARIES TO YOU IN CONTRACT, TORT, NEGLIGENCE OR OTHERWISE, FOR ANY LOSS OR DAMAGE HOWSOEVER ARISING FROM ANY CAUSE, WHETHER DIRECT OR INDIRECT, OR FOR ANY AMOUNTS (EVEN WHERE WE HAVE BEEN NOTIFIED BY YOU OF THE POSSIBILITY OF SUCH LOSS OR DAMAGE) EXCEED THE VALUE OF THE Fliff Coin PURCHASES YOU HAVE MADE VIA YOUR CUSTOMER ACCOUNT IN RESPECT OF THE RELEVANT GAME OR PRODUCT THAT GAVE RISE TO THE

RELEVANT LIABILITY. FLIFF INC ACCEPTS NO LIABILITY FOR ANY LOSS OR DAMAGE HOWSOEVER ARISING BEYOND THIS AMOUNT WHICH IS DEEMED OR ALLEGED TO HAVE ARISEN OUT OF OR IN CONNECTION WITH YOUR PARTICIPATION. THIS INCLUDES, WITHOUT LIMITATION, DELAYS OR INTERRUPTIONS IN OPERATION OR TRANSMISSION, LOSS OR CORRUPTION OF DATA, COMMUNICATION OR LINES FAILURE, ANY PERSON'S MISUSE OF THE GAMES OR THE PLATFORM OR THEIR CONTENT OR ANY ERRORS OR OMISSIONS IN THE CONTENT OF THE GAMES OR THE PLATFORM.

**Negligence**

14.3. NOTHING IN THESE TERMS OF USE WILL OPERATE SO AS TO EXCLUDE ANY LIABILITY OF FLIFF INC FOR FRAUD, DEATH OR PERSONAL INJURY THAT IS CAUSED BY FLIFF INC'S NEGLIGENCE.

**Survival of Obligations**

14.4. THIS SECTION 14 SURVIVES THE TERMINATION OF THESE TERMS OF USE FOR ANY REASON.

**15. FLIFF INC NOT A FINANCIAL INSTITUTION**

**Interest**

15.1. You will not receive any interest on outstanding Prizes and you will not treat Fliff Inc as a financial institution.

**No legal or tax advice**

15.2. Fliff Inc does not provide advice regarding tax and/or legal matters. Players who wish to obtain advice regarding tax and legal matters are advised to contact appropriate experts and advisors in the field.

**No arbitrage**

15.3. You are strictly prohibited from utilizing the Services and the systems of Fliff Inc to facilitate arbitrage through currency exchange transactions. Where Fliff Inc deems that you have deliberately used the systems for financial gain through arbitrage, any gains will be forfeited and deducted from your balance without warning or notification.

**16. OTHER**

**Entire Agreement**

16.1. These Terms of Use constitute the entire agreement between you and us with respect to your Participation and, save in the case of fraud, supersede all prior or contemporaneous communications and proposals, whether electronic, oral or written, between you and us with respect to your Participation.

**Amendments**

16.2. Fliff Inc reserves the right to amend these Terms of Use, or to implement or amend any procedures, at any time. Any amendments will be published on the Platform and such changes will be binding and effective immediately.

16.3. Whenever we amend these Terms of Use in a way that would limit your current rights or which may be to your detriment, we will notify you upon your next visit to the Platform and you will be required to re-confirm your acceptance prior to playing any Games. If you do not agree to the amended Terms of Use, you must stop using the Platform.

**Tax**
16.4. You are solely responsible for any taxes which apply to any Prizes that you collect from your Participation.

**Force Majeure**
16.5. Fliff Inc will not be liable or responsible for any failure to perform, or delay in performance of, any of our obligations under these Terms of Use that is caused by events outside of our reasonable control.

**No agency**
16.6. Nothing in these Terms of Use will be construed as creating any agency, partnership, trust arrangement, fiduciary relationship or any other form of joint enterprise between you and us.

**Severability**
16.7. If any of the Terms of Use are determined by any competent authority to be invalid, unlawful or unenforceable to any extent, such term, condition or provision will, to that extent, be severed from these Terms of Use. All remaining terms, conditions and provisions will continue to be valid to the fullest extent permitted by law. In such cases, the part deemed invalid or unenforceable will be amended in a manner consistent with the applicable law to reflect, as closely as possible, Fliff Inc original intent.

**Explanation of Terms of Use**
16.8. We consider these Terms of Use to be open and fair. If you need any explanation regarding these Terms of Use or any other part of our Service contact support@getfliff.com

16.9. The Terms of Use prevail over any communication via email or chat.

16.10. All correspondence between you and us may be recorded.

**Assignment**
16.11. These Terms of Use are personal to you, and are not assignable, transferable or sub-licensable by you except with our prior written consent. We reserve the right to assign, transfer or delegate any of our rights and obligations hereunder to any third party without notice to you.

**Business Transfers**
16.12. In the event of a change of control, merger, acquisition, or sale of assets of Fliff Inc, your Customer Account and associated data may be part of the assets transferred to the purchaser or

acquiring party. In such an event, we will provide you with notice via email or via our Platform explaining your options with regard to the transfer of your Customer Account.

**Language**
16.13. These Terms of Use may be published in several languages for information purposes and ease of access by players but will all reflect the same principles. It is only the English version that is the legal basis of the relationship between you and us and in case of any discrepancy between a non-English version and the English version of these Terms of Use, the English version will prevail.

**Applicable Law and Jurisdiction**
16.14. All issues and questions concerning the construction, validity, interpretation and enforceability of these Terms of Use, shall be governed by, and construed in accordance with, the laws of the State of Pennsylvania, without giving effect to any choice of law or conflict of law rules (whether of the State of Pennsylvania or any other jurisdiction), which would cause the application of the laws of any jurisdiction other than the State of Pennsylvania.

These Terms of Use were last updated on December 1, 2022.

# EXHIBIT B

# Sweepstakes Rules

NO PURCHASE OR PAYMENT NECESSARY TO PARTICIPATE. A PURCHASE OR PAYMENT OF ANY KIND WILL NOT INCREASE A PARTICIPANT'S CHANCES OF WINNING.

The sole "Sponsor/Promoter" of the Sweepstakes is Fliff Inc – P.O Box 22645, 100 S. Broad Street STE 30, Philadelphia, PA 19110-9997. All Sweepstakes Games are administered by Fliff Inc.

Apple and Google are not sponsors of, responsible for conducting, or involved with the Sweepstakes in any manner.

Fliff is an application which offers Participants the chance to play sports prediction games for entertainment. Fliff also gives away sweepstakes entries referred to as "Fliff Cash" as set out in these Sweepstakes Rules. Fliff Cash can be used to play sweepstakes games for a chance to win further Fliff Cash as prizes that can be redeemed for cash and prizes.

The Sweepstakes as set forth in these rules begins on December 1, 2022 at 12:00:00 a.m. EST and is scheduled to end on December 31, 2022 at 11:59:59 p.m. EST (Sweepstakes Period).

**1. ELIGIBILITY TO PARTICIPATE**

1.1. Fliff Sweepstakes (the "Sweepstakes") is open only to legal residents of the states of the United States (excluding Alabama, Georgia, Idaho, Minnesota, Mississippi, Nevada, South Carolina, and Washington), who are at least eighteen (18) years old or the age of majority in their jurisdiction (whichever occurs later) at the time of entry. PARTICIPATION IS VOID WHERE PROHIBITED BY LAW.

1.2. A person who participates in the Sweepstakes is a "Participant."

1.3. The Sweepstakes is subject to all applicable federal, state, provincial, territorial and local laws and regulations. It is the sole responsibility of a Participant to determine whether the Sweepstakes is legal and compliant with all regulations in the jurisdiction in which the Participant resides.

1.4. Participation constitutes the Participant's full and unconditional agreement to these Sweepstakes Rules and Sponsor's/Promoter's decisions, which are final and binding in all matters related to the Sweepstakes.

1.5. Winning a prize is contingent upon fulfilling all requirements set out in these Sweepstakes Rules.

1.6. Employees and former employees (less than 3 years since cessation of employment) of Fliff Inc, any of its affiliates, subsidiaries, holding companies, advertising agencies, or any other company or individual involved with the design, production, execution or distribution of the Sweepstakes and their immediate family (spouse, parents, siblings and children, whether the relationship is by birth, marriage or adoption) and household members (people who share the same residence at least 3 months of the year) are not eligible to participate.

**2. HOW TO COLLECT FLIFF CASH**

2.1. A Participant must be a member of Fliff (if a Participant is not a member, the Participant can become a member free of charge by downloading Fliff's native application in the Apple

AppStore and Google Play store). To enter the Sweepstakes, a Participant must access Fliff through the application and sign in.
2.2. Once a Participant accesses Fliff, there are four potential ways to collect Fliff Cash:
2.2. (a) Receive Fliff Cash as a free bonus when purchasing Fliff Coins. Each Participant can automatically receive Fliff Cash as a bonus with the purchase of Fliff Coins if a bonus is applicable to that purchase. If a bonus is applicable it will be clearly displayed at the time of the purchase.
Fliff Coins are used for social game play in Fliff and cannot be redeemed for cash or prizes of monetary value*. The amount of Fliff Cash a Participant will receive as a bonus for each relevant Fliff Coin purchase will be stated in the application's cashier section. All purchases of Fliff Coins are final and no refunds will be given.
2.2. (a)* The Participant may accumulate XP by playing with Fliff Coins, irrespective of the outcomes of the Fliff Coin Games in which they are played. XP is redeemable for prizes with cash value.
2.2. (b) Receive Fliff Cash as a free bonus when collecting Fliff Coins. Each Participant will automatically receive Fliff Cash as a bonus upon claiming Fliff Coins if they do not have an existing Fliff Cash balance. The amount of Fliff Cash each zero-balance Participant receives will be the same for all Participants using the Platform.
2.2. (c) Receive Fliff Cash when entering Fliff Cash no-cost giveaway contests on the Fliff social media pages. The Sponsor/Promoter regularly holds Fliff Cash no-cost giveaway contests which Participants can enter by following instructions given on the Fliff social media pages. These giveaways may require sharing posts or answering various game related questions to be eligible for entry. The amount of Fliff Cash given away will be stated on the applicable Fliff Cash no-cost contest post, and will be credited to each contest winner's account at the conclusion of the giveaway. These giveaways may be subject to additional restrictions that will be described in the giveaway materials at the time of the contest.
2.2. (d) Receive Fliff Cash by sending a request by post. Participants in the United States (other than the states listed in section 1.1) can receive Fliff Cash by sending a stamped #10 envelope, hand written, to the following address:
FLIFF INC
FLIFF SWEEPSTAKES DEPARTMENT
P.O BOX 22645
100 S. BROAD STREET STE 30
PHILADELPHIA, PA 19110-9997
2.3. Participants must include their full name and return address on the front of the envelope and the words: "Fliff Sweepstakes Credits." There is a limit of one request per outer envelope. For each request a Participant submits, the Participant will receive 5.00 Fliff Cash credits. The Fliff Cash will be added to the eligible Participant's account. NOTE: A Participant must ensure that their handwriting is legible. If the Participant's hand writing is not legible, the entry will be void and the Fliff Cash will not be credited to the Participant's account. The legibility of a Participant's hand writing shall be determined by Sponsor/Promoter in its sole discretion. THE REQUEST MUST ONLY BE MADE BY THE PARTICIPANT. Requests made by any other individual or any entity, including but not limited to commercial sweepstakes subscription notification and/or entering services, will be declared invalid and Fliff Cash will not be credited to the Participant's

account. Tampering with the entry process or the operation of the Sweepstakes, including but not limited to the use of any device to automate the Fliff Cash request/entry process, is prohibited and any requests/entries deemed by Sponsor/Promoter, in its sole discretion, to have been submitted in this manner will be void. In the event a dispute regarding the identity of the individual who actually submitted a request cannot be resolved to Sponsor/Promoter's satisfaction, the affected request/entry will be deemed ineligible.
2.4. Fliff Cash credits will only be allocated to Participants with less than 5.00 available Fliff Cash credits at the time the request is made.
2.5. The amount of Fliff Cash to be allocated to Participants can be changed at any time by the Sponsor/Promoter in its sole discretion.
2.6. The amount of Fliff Cash a Participant has will be displayed in their account in the Fliff application.
2.7. In the event of a dispute as to any registration, the authorized account holder of the email address used to register the Fliff account will be deemed to be the Participant. The "authorized account holder" is the natural person assigned the email address by an internet access provider, online service provider or other organization responsible for assigning email addresses for the domain associated with the submitted address.
2.8. Sponsor/Promoter is not responsible for lost, late, incomplete, invalid, unintelligible or misdirected Fliff Cash requests or allocations.
2.9. Use of any automated or other system(s) to participate, to acquire Fliff Cash or play the games is prohibited and will result in disqualification and loss of eligibility to participate in the games.
2.10. Fliff Cash is only valid for thirty (30) days from the date the Participant last logged on to their Customer Account and will thereafter automatically expire. If a Participant does not login to their Customer Account within the 30 day period, they will forfeit any balance of Fliff Cash.
2.11. Fliff Cash may also be forfeited if a Participant's account is deactivated for any reason, or at the Sponsor/Promoter's discretion.

**3. USING FLIFF CASH TO PLAY GAMES**
3.1. Participants with Fliff Cash can use their Fliff Cash to play games within Fliff for a chance to win additional Fliff Cash. Fliff Cash won through game play can be redeemed for cash and prizes of monetary.
3.2. Within the Games section of the Platform the Participant will be able to change their in-app currency between Fliff Coins and Fliff Cash. Once in Fliff Cash mode, the Participant will be able to Stake Fliff Cash on outcomes of future sporting events. The amount of Fliff Cash the Participant stands to win if their prediction is correct will be displayed on the Platform. If correct, the Participant increases their Fliff Cash balance by the payout amount and if they are incorrect the amount of Fliff Cash the Participant chooses to Stake is not returned.
3.3. Only games played with Fliff Cash provide the opportunity to win additional Fliff Cash that can be redeemed for cash and prizes. The amount of Fliff Cash that can be won while playing a game will be shown in Fliff when the Participant enters a Stake amount.
3.4. Fliff Cash that has been won through game play (rather than collected using one of the methods described in Section 2 above) can be redeemed for cash at a value of USD $1.00 for every 1.00 Fliff Cash (subject to minimum prize redemption amounts).

3.5. The use of automated or systematic methods of play to win, and/or redeem Fliff Cash for cash and prizes are strictly prohibited. Utilizing methods such as making equal and opposite selections, utilizing multiple accounts and identities, referring oneself to earn additional credits, and other methods construed to guarantee prize winnings are not permitted and result in account closure and forfeiture of prize winnings.
3.6. Sponsor's/Promoter's decisions as to the administration and operation of the Sweepstakes, the game and the amount of winnings are final and binding.
3.7. Unless Sponsor/Promoter requires otherwise, any Fliff Cash allocated to a Participant is required to be played once before it is eligible to be redeemed. Sponsor/Promoter may, in its sole discretion, require that any Fliff Cash allocated to a Participant must be played a greater number of times (not exceeding 20) in any combination of Fliff Cash games before it is eligible to be redeemed.
3.8. Sponsor/Promoter reserves the right to change the prize win rates and payout odds of any of the Sweepstakes games at any time. A Participant can see the actual and any amended details at the point of entering an amount to play in Fliff. It is a Participant's responsibility to check the prize available on each occasion before they participate.

**4. VERIFICATION AND CONFIRMATION OF POTENTIAL WINNERS**
4.1. POTENTIAL SWEEPSTAKES WINNERS ARE SUBJECT TO VERIFICATION BY SPONSOR/PROMOTER (IN ANY MANNER IT MAY CHOOSE) AND THE DECISIONS OF SPONSOR/PROMOTER ARE FINAL AND BINDING IN ALL MATTERS RELATED TO THE SWEEPSTAKES. A PARTICIPANT IS NOT A WINNER OF ANY PRIZE, EVEN IF THE ONLINE SCREEN INDICATES THEY ARE, UNLESS AND UNTIL THE PARTICIPANT'S ELIGIBILITY AND THE POTENTIAL WINNING PLAY HAS BEEN VERIFIED AND THE PARTICIPANT HAS FULLY COMPLIED WITH THESE SWEEPSTAKES RULES AND BEEN NOTIFIED THAT VERIFICATION IS COMPLETE. SPONSOR/PROMOTER WILL NOT ACCEPT SCREEN SHOTS OR OTHER PURPORTED EVIDENCE OF WINNING IN LIEU OF ITS VALIDATION PROCESS.
4.2. Potential prize winners must comply with these Sweepstakes Rules and winning is contingent upon fulfilling all requirements.
4.3. A potential prize winner may be required to sign and return to Sponsor/Promoter, an affidavit/declaration of eligibility, and liability/publicity release (except where prohibited) in order to claim his/her prize (if applicable).
4.4. If a potential winner cannot be contacted, fails to properly execute and return the affidavit/declaration of eligibility and liability/publicity release within the required time period (if applicable), fails to comply with these Sweepstakes Rules, or if the prize or prize notification is returned as undeliverable, that potential winner forfeits the prize.
4.5. In the event that a potential winner of a Sweepstakes prize is disqualified for any reason, Sponsor/Promoter may award the applicable prize to the next placed winner in the Sweepstakes (if applicable).

**5. ODDS OF WINNING**
5.1. Odds of winning will vary for each Game and will be published by the Sponsor/Promoter, visible to all Participants through the Platform.

5.2. The Participant will choose the Game and will Stake Fliff Cash, and their win expectancy (odds of winning a Prize) will be a function of these choices.

**6. PRIZES**

6.1. A Participant's Fliff Cash balance is displayed in the Participant's Wallet on the Platform.
6.2. Participant must successfully complete a Know-Your-Customer (KYC) Verification process provided by the Sponsor/Promoter to validate eligibility to participate before redeeming any prize. This includes, but is not limited to, providing proof of a valid government-issued photo identification, biometric facial scan recognition, proof of address, and validation of SSN.
6.3. Sponsor/Promoter will only process a prize redemption if the redeemed amount is for the value of USD $50 or more (i.e. a minimum of 50.00 Fliff Cash). Consequently, a Participant's account must have a balance of at least 50.00 Fliff Cash credits before they can be redeemed.
6.4. TO BE ELIGIBLE FOR A SWEEPSTAKES PRIZE OR A SWEEPSTAKES PRIZE REDEMPTION:
6.4. (a) A PARTICIPANT MUST BE A LEGAL RESIDENT OF THE STATES OF THE UNITED STATES (EXCLUDING ALABAMA, GEORGIA, IDAHO, MINNESOTA, MISSISSIPPI, NEVADA, SOUTH CAROLINA, AND WASHINGTON); AND
6.4. (b) THE PARTICIPANT'S DETAILS MUST MATCH THOSE OF THE PARTICIPANT'S ACCOUNT.
6.5. The maximum redemption of a prize won by a single Participant during any period of the Sweepstakes ("Maximum Redemption") is limited to the value of US $5,000 in New York or Florida, and $500 in Rhode Island. Any Maximum Redemption in excess of the value of US $5,000 in New York or Florida, or $500 in Rhode Island will not be paid to the Participant.
6.6. Sponsor/Promoter reserves the right, in its sole discretion, to limit a Participant's redemption of Fliff Cash to the value of USD $1,000 per week. No more than the stated number of prizes will be awarded.
6.7. Sponsor/Promoter is not responsible for any taxes or fees associated with a prize redemption. Participants are responsible for all applicable taxes and fees associated with prize receipt and/or redemption and should consult accounting or tax experts for further assistance.
6.8. Fliff Cash is non-transferable and no substitution will be made except as provided herein at the Sponsor's/Promoter's sole discretion. Sponsor/Promoter reserves the right to substitute the listed prize of equal or greater value for any reason owing to circumstances outside Sponsor's/Promoter's reasonable control.
6.9. Prize winners must request the release of their Prize through the Platform.

**7. REDEMPTION OF PRIZES**

7.1. Subject to these Terms and Conditions:
7.1. (a) Prizes shall be allocated to the email address that you have registered against your Customer Account.
7.2. You agree that we are entitled to conduct any identification, credit and other verification checks that we may reasonably require and/or that are required of us under applicable laws and regulations or by relevant regulatory authorities.
7.3. Until all required verification checks are completed to our satisfaction:
7.3. (a) any request you have made for redemption of Prizes will remain pending; and
7.3. (b) we are entitled to restrict your Customer Account in any manner that we may reasonably deem appropriate, including by suspending or deactivating your Customer Account.

7.4. We will carry out additional verification procedures for any cumulative or single redemption of Prizes exceeding a value of USD $599 or equivalent and reserve the right to carry out such additional verification procedures in the case of a request to redeem any lesser amount. Additional verification procedures may, for example, include requests for and examination of copies of your identification documentation (including photo identification) such as a passport and proof of your address such as a utility bill.
7.5. Where any identification, credit or other verification check we require cannot be completed to our satisfaction because you have not provided any document we request from you in the form that we require within 30 days of the date the document was first requested, then we are under no obligation to continue with the verification check and may in our sole discretion deactivate your Customer Account.
7.6. Players who request the redemption of Prizes held in a deactivated or suspended account should contact Customer Support by emailing support@getfliff.com.
7.7. Fliff Inc reserves the right to run external verification checks on all cardholders with third party credit agencies on the basis of the information provided on registration.
7.8. We reserve the right to charge fees for processing the redemption of Prizes to you and to set a minimum redemption request value of USD $50.
7.9. We reserve the right, in our sole discretion, to limit a Participant's redemption of Prizes to the value of USD $1,000 per day.
7.10. We process requests to redeem Prizes in the order in which they are received. Our goal is to process your request as soon as practicable.
7.11. We will only process one Prize redemption request per Customer Account in any 5 day period.
7.12. You acknowledge and agree that it in some circumstances it may take up to 30 days to process the allocation of redeemed Prizes to you.
7.13. Redemption and allocation of Prizes may experience delays due to our identity verification process. Prizes of over USD $599 may require a longer processing time than usual due to security and fraud checks and may also be allocated in more than one equivalent lump sum. This may add up to 7 days to the normal processing time, but is dependent on the circumstances of each individual case.
7.14. Without limiting Section 7.8, Players can request any amount of Prizes to be redeemed, however we reserve the right to allocate Prizes in smaller increments over a number of days until all of the Prize has been allocated.
7.15. You acknowledge and agree that we may in our sole discretion, from time to time, appoint one or more Payment Administration Agent to accept payments (including merchant facilities) from Players on our behalf.
7.16. A Payment Administration Agent will have the same rights, powers and privileges that we have under these Terms and Conditions and will be entitled to exercise or enforce their rights, powers and privileges as our agent or in their own name. In no event shall we be liable to any Player for any loss, damage or liability resulting from the Payment Administration Agent's negligence and/or acts beyond the authority given by Fliff Inc.
7.17. Fliff Cash is only valid for 30 days from the date you last logged on to your Customer Account and will thereafter automatically expire.

7.18. Fliff Cash may be forfeited if a Customer Account is deactivated due to a violation of our Terms of Use or for any reason, or at our discretion.
7.19. If we mistakenly credit your Customer Account from time to time with Prizes that do not belong to you, whether due to a technical error, human error or otherwise, the amount will remain property of Fliff Inc and will be deducted from your Customer Account. If you have been allocated a Prize that does not belong to you prior to us becoming aware of the error, the value of the mistakenly allocated Prize will (without prejudice to other remedies and actions that may be available at law) constitute a debt owed by you to us. In the event of an incorrect crediting, you are obliged to notify Customer Support by using the "Contact" link on the Platform or by emailing support@getfliff.com.
7.20. It is the responsibility of the Participant to retain copies of transaction records and these Sweepstakes Rules as updated from time to time.

**8. ENTRY CONDITIONS AND RELEASE**
8.1. By participating, each Participant agrees to:
8.1. (a) comply with and be bound by these Sweepstakes Rules and the decisions of the Sponsor/Promoter which are binding and final;
8.1. (b) release and hold harmless the Sponsor/Promoter and its parent, subsidiary, and affiliated companies, the prize suppliers and any other organizations responsible for sponsoring, fulfilling, administering, advertising or promoting the Sweepstakes, and all of their respective past and present officers, directors, employees, agents and representatives (collectively, the "Released Parties") from and against any and all claims, expenses, and liability, including but not limited to negligence and damages of any kind to persons and property, including but not limited to invasion of privacy (under appropriation, intrusion, public disclosure of private facts, false light in the public eye or other legal theory), defamation, slander, libel, violation of right of publicity, infringement of trademark, copyright or other intellectual property rights, property damage, or death or personal injury arising out of or relating to a Participant's entry, creation of an entry or submission of an entry, participation in the Sweepstakes, acceptance or use or misuse of prizes (including any travel or activity related thereto) and/or the broadcast, exploitation or use of entry; and
8.1. (c) indemnify, defend and hold harmless the Sponsor/Promoter from and against any and all claims, expenses, and liabilities (including reasonable attorneys/legal fees) arising out of or relating to a Participant's participation in the Sweepstakes and/or Participant's acceptance, use or misuse of prizes.

**9. WINNER'S LIST**
9.1. Except where prohibited, participation in the Sweepstakes constitutes each Participant's consent to Sponsor's/Promoter's and its agents' use of Participant's name, likeness, photograph, voice, opinions and/or hometown and state/province/territory for promotional purposes in any media, worldwide, without further payment, notice or consideration.
9.2. For names of winners, send a self-addressed, stamped envelope to:
FLIFF INC
FLIFF SWEEPSTAKES DEPARTMENT
ATTN: WINNER'S LIST

P.O BOX 22645
100 S. BROAD STREET STE 30
PHILADELPHIA, PA 19110-9997
10. GENERAL CONDITIONS
10.1. Sponsor/Promoter reserves the right to cancel, suspend and/or modify the Sweepstakes or these Sweepstakes Rules, or any part of the Sweepstakes or these Sweepstakes Rules, with immediate effect owing to circumstances outside its reasonable control and only where circumstances make it unavoidable if any fraud, technical failures or any other factor beyond Sponsor's/Promoter's reasonable control impairs the integrity or proper functioning of the Sweepstakes, as determined by Sponsor/Promoter in its sole discretion.
10.2. Sponsor/Promoter reserves the right in its sole discretion to disqualify any individual it finds to be tampering with the entry process or the operation of the Sweepstakes or to be acting in violation of these Sweepstakes Rules or any other promotion or in an unsportsmanlike or disruptive manner.
10.3. Any attempt by any person to deliberately undermine the legitimate operation of the Sweepstakes may be a violation of criminal and civil law, and, should such an attempt be made, Sponsor/Promoter reserves the right to seek damages from any such person to the fullest extent permitted by law. Sponsor's/Promoter's failure to enforce any term of these Sweepstakes Rules shall not constitute a waiver of that provision.
10.4. In all other cases, the Sponsor/Promoter reserves the right to cancel, suspend and/or modify the Sweepstakes. Any notice regarding cancellation, suspension and/or modification will be posted on Fliff on the Platform or at www.getfliff.com.
10.5. In the event of modifying the Sweepstakes, a Participant's continued enrollment and/or participation in the Sweepstakes constitutes acceptance of the modified terms.

**11. LIMITATIONS OF LIABILITY**
11.1. Insofar as permitted by law in the respective territories, the Released Parties (as defined above) are not responsible for:
11.1. (a) any incorrect or inaccurate information, whether caused by a Participant, printing error or by any of the equipment or programming associated with or utilized in the Sweepstakes;
11.1. (b) technical failures of any kind, including, but not limited to malfunctions, interruptions, or disconnections in phone lines or network hardware or software;
11.1. (c) unauthorized human intervention in any part of the entry process or the Sweepstakes;
11.1. (d) technical or human error which may occur in the administration or operation of the Sweepstakes; or
11.1. (e) any injury or damage to persons or property which may be caused, directly or indirectly, in whole or in part, from Participant's participation in the Sweepstakes or receipt or use or misuse of any prize.
11.2. If for any reason a Participant's Fliff Cash or winning play is confirmed to have been erroneously deleted, lost, or otherwise destroyed or corrupted, Participant's sole remedy is replacement by Sponsor/Promoter of an equivalent amount of Fliff Cash.

**12. EXTENDED MEANINGS; CURRENCY; FORCE MAJEURE**

12.1. Unless otherwise specified in these Official Rules, words importing the singular include the plural and vice versa and words importing gender include all genders. All dollar amounts referred to in these Official Rules are in lawful money of the United States of America. Sponsor is not responsible for any damages caused by delay or failure to perform undertakings pursuant to these Official Rules when the delay or failure is due to weather, event cancellations, fires, strikes, floods, acts of God or the state's enemies, lawful acts of public authorities, delays or defaults caused by common carriers, or other events that cannot reasonably be foreseen or provided against.

**13. DISPUTES**
13.1. Except where prohibited by law, as a condition of participating in this Sweepstakes, each Participant agrees that:
13.1. (a) any and all disputes and causes of action arising out of or connected with this Sweepstakes, including but not limited to prizes awarded, shall be resolved individually, without resort to any form of class action, and exclusively by final and binding arbitration under the rules of the American Arbitration Association and held at the AAA regional office nearest the Participant (or for Canadian residents the International Centre for Dispute Resolution);
13.1. (b) the Federal Arbitration Act shall govern the interpretation, enforcement and all proceedings at such arbitration; and
13.1. (c) judgment upon such arbitration award may be entered in any court having jurisdiction.
13.2. Under no circumstances will any Participant be permitted to obtain awards for, and Participant hereby waives all rights to claim, punitive, incidental or consequential damages, or any other damages, including attorneys' fees, other than Participant's actual out-of-pocket expenses (i.e., costs associated with participating in this Sweepstakes), and Participant further waives all rights to have damages multiplied or increased. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATIONS OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE MAY NOT APPLY TO YOU.
13.3. All issues and questions concerning the construction, validity, interpretation and enforceability of these Sweepstakes Rules, or the rights and obligations of the Participant and Sponsor/Promoter in connection with the Sweepstakes, shall be governed by, and construed in accordance with, the laws of the State of Pennsylvania, without giving effect to any choice of law or conflict of law rules (whether of the State of Pennsylvania or any other jurisdiction), which would cause the application of the laws of any jurisdiction other than the State of Pennsylvania.
13.4. To ensure fairness and the integrity of the promotion to all Participants, the Sponsor/Promoter will respond to questions via support@getfliff.com and may post updates/communications on its social media pages.
13.5. Any Participant posting or seen to be posting comments on Sponsor's/Promoter's social media pages or elsewhere during the promotion that are considered bullying, spiteful or upsetting to other Participants, players and fans of Fliff or directly aimed at the Sponsor/Promoter, will have their comments removed and will be disqualified from the Sweepstakes. The Sponsor/Promoter reserves the right to alert social media providers to any such behavior and the Participant may have his/her relevant social media account frozen pending investigation.

**14. PARTICIPANT'S PERSONAL INFORMATION**

14.1. Information collected from Participants is subject to the Sponsor's/Promoter's Privacy Policy which is available on the Platform and at www.getfliff.com

These Terms of Use were last updated on December 1, 2022.

# EXHIBIT C


14:50
Sign Up With Email
Make sports picks, win cash
and earn rewards while you play!
Username
Email
Password
I certify that I am at least 18 years of age.
I accept the Terms of Use and Sweepstakes Rules of Fliff Inc.
Create Account